**LOEB & LOEB LLP**
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California  90067-4164
Telephone:  (310) 282-2000
Facsimile:  (310) 282-2200

Karen R. Thorland #172092

**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Timothy Jones #119841

Attorneys for:     Plaintiff, Paramount Pictures Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLAY HOGGARD, an individual,<br><br>Defendant. | Case No. 1:05-CV-491-REC-LJO<br><br>**[PROPOSED] ORDER** |

Based upon the foregoing, and good cause appearing therefore, it is ordered that:

The Scheduling Conference set for August 2, 2005 is continued to October 3, 2005 at 8:45am.

IT IS SO ORDERED.

Dated:   **August 2, 2005**                    _/s/ Lawrence J. O'Neill_

b9ed48                                                UNITED STATES MAGISTRATE JUDGE