SAGASER, JONES & HAHESY
TIMOTHY JONES
2445 Capitol Street
Second Floor
Fresno, California 93721-1632
Telephone: 559-233-4800
Facsimile: 559-233-9330
E-Mail: tjones@sjhattorneys.com

LOEB & LOEB LLP
KAREN R. THORLAND (State Bar No. 172092)
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4164
Telephone: 310-282-2000
Facsimile: 310-282-2200
E-Mail: kthorland@loeb.com

Attorneys for Plaintiff
PARAMOUNT PICTURES

FILED
APR 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

PARAMOUNT PICTURES CORPORATION, a Delaware corporation,

    Plaintiff,

vs.

CLAY HOGGARD,

    Defendant.

Case No. 1:05-cv-491-REC-LJO

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

    Based upon Plaintiff's Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

    1.    Defendant shall pay damages to Plaintiff for infringement of Plaintiff's copyrights in the motion pictures listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

1

[PROPOSED] DEFAULT
JUDGMENT AND
PERMANENT
INJUNCTION

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

1  2. Defendant shall pay Plaintiff's costs of suit herein in the amount of Five Thousand One Hundred Ten Dollars and Fifty Cents ($5,110.50).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiff's rights under federal or state law in the following copyrighted motion pictures:

- Without A Paddle

and in any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiff (or any parent, subsidiary, or affiliate of Plaintiff) (the "Plaintiff's Motion Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiff's Motion Pictures, to distribute (i.e., upload) any of Plaintiff's Motion Pictures, or to make any of Plaintiff's Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff. Defendant also shall destroy all copies of Plaintiff's Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: April 3, 06     By: _____
Hon. Robert E. Coyle
United States District Judge

[PROPOSED] DEFAULT
JUDGMENT AND
PERMANENT
INJUNCTION

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations